UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Crystal Baggett
                    Plaintiff,
v.                                          Case No.: 1:21−cv−03841
                                            Honorable Joan B. Gottschall
City Of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 28, 2022:

MINUTE entry before the Honorable Joan B. Gottschall: The parties report [44] that on June 14, 2022, the Illinois Human Rights Commission ("the Commission") issued an order sustaining the dismissal of plaintiff's charge of discrimination. According to the Commission's order, plaintiff has 35 days in which to file an appeal in the Illinois Appellate Court. The status report filed in this court does not indicate whether plaintiff intends to appeal. Because of the possibility of appeal, this case remains stayed. However, it is apparent from the status report and the Commission's order that many of the facts underlying defendants' pending motions for partial dismissal of the amended complaint have changed and may develop further if plaintiff appeals. Accordingly, the motions to dismiss (document nos. [18] and [20]) are denied without prejudice and with leave to refile after the stay is lifted. The next status report is due on or before July 26, 2022. If plaintiff determines before that date that she does not intend to appeal the Commission's order dated June 14, 2022, she must promptly inform this court so that a briefing schedule can be set. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.