**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Crystal Baggett

                      Plaintiff,

v.                                  Case No.: 1:21−cv−03841
                                  Honorable Joan B. Gottschall

City Of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 9, 2023:

       MINUTE entry before the Honorable Joan B. Gottschall: As stated in the parties' stipulation of dismissal [67], this case is dismissed without prejudice with leave to reinstate within 75 days. Any motion to reinstate this case must be filed on or before 7/24/2023. Unless a motion to reinstate is filed on or before 7/24/2023, the dismissal will automatically convert to a dismissal with prejudice effective 7/25/2023 without further order of court. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.